FILED

10 OCT 19 AM 9: 15

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIF....

BY:                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO GARCIA, JR.,<br>CDCR #J-73373,<br><br>                                        Plaintiff,<br><br>                        vs.<br><br>SMITH, et al.;<br><br>                                        Defendants. | Civil No.     10cv1187 BEN (RBB)<br><br>**ORDER:**<br><br>**(1) DENYING LENIN GARCIA'S<br>MOTION TO FILE A JOINT<br>EXTENDED COMPLAINT; AND**<br><br>**(2) DENYING LENIN GARCIA'S<br>MOTION FOR LEAVE TO<br>PROCEED *IN FORMA PAUPERIS*<br>AS MOOT**<br><br>**[Doc. Nos. 8, 10]** |

## I.

## Procedural History

On June 10, 2010, Ruben Dario Garcia ("Plaintiff") and Lenin Garcia, state prisoners currently incarcerated at Richard J. Donovan Correctional Facility located in San Diego, California, and proceeding pro se, submitted a civil action pursuant to 42 U.S.C. § 1983. Additionally, Plaintiff Ruben Garcia filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2].

1

## II.

### Motion to File a "Joint Extended" Complaint

Initially this matter was purportedly filed by two Plaintiffs, Ruben Garcia and Lenin Garcia. However, the Court dismissed Plaintiff Lenin Garcia from this action because Plaintiff Ruben Garcia was attempting to bring this action on behalf of himself and Lenin Garcia. Because both Plaintiffs are proceeding pro se, they have no authority to represent the legal interest of any other party. *See Cato v. United States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987); *see also* FED. R. CIV. P. 11(a) ("Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's original name, or if the party is not represented by an attorney, shall be signed by the party.").

Now Lenin Garcia has filed a Motion to join this action, along with a motion to proceed IFP. The Court may "on motion or on its own . . . on just terms, add or drop a party." FED. R. CIV. P. 21. Here, the Court declines to add Lenin Garcia as a Plaintiff in this matter. While both Ruben Garcia and Lenin Garcia appear to currently be housed at the same institution, it is often the case during the course of litigation filed by those who are incarcerated, that parties will transfer to different institutions. If Plaintiffs were to be separated, which is a high probability, they would not be able to represent the interests of the other party. Thus, to attempt to litigate this action together in one action would lead to a great deal of procedural confusion and likely result in significant delays. Thus, the Court declines to add Lenin Garcia as a party to this action pursuant to FED. R. CIV. P. 21 and **DENIES** the Plaintiff's Motion to "File a Joint Extended Complaint." [Doc. No. 10].

## III.

### CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

1.      Lenin Garcia's Motion to File a "Joint Extended Complaint" is **DENIED** [Doc. No. 10].

///

2

10cv1187 BEN (RBB)

**IT IS FURTHER ORDERED that:**

2.      Lenin Garcia's Motion to Proceed IFP is **DENIED** [Doc. No. **8**] as moot.


**IT IS SO ORDERED.**

DATED: /0/19/2010 _____

Hon. Roger T. Benitez
United States District Judge

10cv1187 BEN (RBB)